# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

NODIA MINYETTE GREEN,
#21412009                                                                                                    PLAINTIFF

V.                                        4:15CV00143-SWW-JTK

OFFICER PERRY, et al.                                                                                DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Lonoke County Jail is DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 7th day of July, 2015.


                                                                    /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE