**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

NODIA NINYETTE GREEN,                                             PLAINTIFF
#21412009

v.                              4:15CV00143-SWW-JTK

PERRY, et al.                                                       DEFENDANTS

**ORDER**

Plaintiff Green has not responded to the Court's June 4, 2015 Order directing her to notify the Court of her current address and her intent to continue to prosecute this action, within thirty days (Doc. No. 35). Therefore, pursuant to Local Rule 5.5(c)(2), Plaintiff's Complaint is dismissed without prejudice, for failure to prosecute.[1] Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without prejudice. An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 21st day of July, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .