# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

NODIA NINYETTE GREEN,                                                        PLAINTIFF
#21412009

v.                                                   4:15CV00143-SWW-JTK

PERRY, et al.                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 21st day of July, 2015.

                                                                /s/Susan Webber Wright

                                                          UNITED STATES DISTRICT JUDGE